IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHARLES AND SHARON HAYNE,  )
)
        Plaintiffs,  )   Case No. 2:09-CV-02202-JWL-GLR
)
v.  )
)
GREEN FORD SALES, INC.  )
)
        Defendant.  )

## MOTION TO STRIKE AFFIRMATIVE DEFENSES
## AND TO COMPEL DISCOVERY

COME NOW the plaintiffs, Charles and Sharon Hayne, by and through their counsel of record, and move the Court for its Order compelling the defendant to properly answer plaintiffs' interrogatories number 6 and 7, and for its Order striking Affirmative Defenses 2 through 9 of defendant's answer.

Plaintiffs certifies that they have attempted, informally, to obtain proper answers to the interrogatories and to encourage the defendant to withdraw its affirmative defenses without involving the Court with a motion. However, defendant's counsel has not answered the interrogatories nor withdrawn its affirmative defenses.

WHEREFORE, plaintiff moves the Court's for its Order directing that defendant properly answer plaintiffs' interrogatories number 6 and 7, and its Order striking Affirmative Defenses 2 through 9 of the defendant's answer.

SCHMITT, MANZ, SWANSON & MULHERN, P.C.


_/S/ PAUL HASTY, JR._
Paul Hasty, Jr.          KS # 09132
SCHMITT MANZ SWANSON &
MULHERN, P.C.
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone:  (913) 317-8068
Facsimile:    (913) 317-8058
Email: phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFFS**

I hereby certify that the above and foregoing was electronically filed and served by using the CM/ECF system on the 8th day of October, 2009, to:

Patricia Mullins-Freeman
Foland Wickens Eisfelder Roper & Hofer, P.C.
3000 Commerce Tower
911 Main Street
Kansas City, MO  64105

**ATTORNEYS FOR DEFENDANT**


_/s/ Paul Hasty, Jr._
Paul Hasty, Jr.
For the Firm