IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES AND SHARON HAYNE, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:09-CV-02202-JWL-GLR |
| ) | |
| v. ) | |
| ) | |
| GREEN FORD SALES, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SANCTIONS AND TO PAY
## PLAINTIFFS' COSTS AND ATTORNEY'S FEES

COME NOW the plaintiffs, Charles and Sharon Hayne, by and through their counsel of record, and move the Court for its Order entering an award of attorney's fees, as sanctions, against the defendant and defendant's counsel pursuant to Fed. R. Civ. P. 11, and should the Court grant the plaintiffs' motion to compel discovery, an Order requiring the defendant to pay the plaintiffs' reasonable expenses and attorney's fees in making plaintiffs' motion to compel discovery under Fed. R. Civ. P. 37(a). In support of this motion, plaintiffs incorporate the attached Memorandum in Support of Motion for Sanctions and to Pay Plaintiffs' Costs and Attorney's Fees.

SCHMITT, MANZ, SWANSON &
MULHERN, P.C.

_/S/ PAUL HASTY, JR._
Paul Hasty, Jr.          KS # 09132
SCHMITT MANZ SWANSON &
MULHERN, P.C.
7101 College Blvd., Suite 350
Overland Park, Kansas  66210
Telephone:  (913) 317-8068
Facsimile:   (913) 317-8058
Email:  phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFFS**

I hereby certify that the above and foregoing was electronically filed and served by using the CM/ECF system on the 12th day day of October, 2009, to:

Patricia Mullins-Freeman
Foland Wickens Eisfelder Roper & Hofer, P.C.
3000 Commerce Tower
911 Main Street
Kansas City, MO  64105

**ATTORNEYS FOR DEFENDANT**


___/s/ Paul Hasty, Jr._____
Paul Hasty, Jr.
For the Firm