AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| CHARLES and SHARON HAYNE ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-2202-JWL |
| ) | |
| GREEN FORD SALES, INC. ) | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiffs are awarded $29,043.00 in attorney fees and $2,114.41 in expenses.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by   U. S. District Judge John W. Lungstrum   on a motion for
for attorney fees and expenses

Date:  06/29/2010

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/Sharon Scheurer
*Signature of Clerk or Deputy Clerk*